UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

## COURT MINUTES

Date: 2/15/08
Dep. Clerk: JDeitrich
Ct. Rep: John S.

Case No. 04 CR 71
United States v. Rodney Harris
Proceeding: Rule 35 hearing

Time Called: 11:53
Time Concl: 12:10

United States by: Karine Moreno-Taxman
Probation Officer: Lisa Cyrak
Interpreter: ☐ Sworn

Defendant: _____, ~~in person and~~ by Attorney Chris Donovan

---

Defense agrees to proceed without defendant's presence.

Gov't. states basis for motion.

Defense counsel makes statement.

Court grants motion & reduces sentence on count 1 to 1 month with 120 months on count 2 to run consecutive for a total of 121 months.

All other terms of original sentence remain in effect.

Defendant advised of right to appeal.